UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x

STEPHEN DRAGO, INDIVIDUALLY AND AS
ACTING CHAIR AND PRESIDENT OF
*" Neighborhoods Against Cell Towers,"*,

                     Plaintiff,

    vs.

JOHN S. GARMENT, CHAIRMAN, AND STEPHEN
A. ALEXANDER, JOHN E DURANTE, CASIMIRO
V. CIBELLI, ARNOLD BERNSTEIN, MICHAEL F.
QUINN AND JOHN J. IORIS, AS MEMEBERS OF
THE PLANNING BOARD OF THE CITY OF WHITE
PLAINS; NEW YORK, AND METROPCS NEW
YORK, LLC

                     Defendants.

Case No.: 08-cv-06356-SCR

--------------------------------------------------------- x

## AFFIDAVITS OF SERVICE

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 08 CIV 6356

---

STEPHEN DRAGO, INDIVIDUALLY AND AS ACTING CHAIR AND PRESIDENT OF

, Plaintiff(s)

- against -

JOHN S. GARMENT, CHARMAN, AND STEPHEN A. ALEXANDER, JOHN E. DURANTE, CASIMIRO V. CIBELLI, ARNOLD BERNSTEIN, MICHAEL F. QUINN AND JOHN J. IORIS, AS MEMBERS OF THEPLANNING BOARD OF THE CITY OF WHITE PLAINS; NEW YORK, AND METROPCS NEW YORK, LLC

, Defendant(s)

---

State of New York        )
                         ) SS.:
County of Bronx )

AFFIDAVIT OF SERVICE

Charles S. Flemming being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York. That on 07/17/2008 at 12:09 PM at:
    CITY HALL
    255 MAIN STREET
    WHITE PLAINS NY 10601
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
CIVIL COVER SHEET
INDIVIDUAL PRACTICES OF JUDGE STEPHEN C. ROBINSON
CONSENT TO PROCEED BEFORE UNITED STATES MAGISTATE JUDGE
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE LISA MARGARETSMITH
RULES FOR ELECTRONICALLY FILED CASES
ELECTRONIC CASE FILING RULES & INSTRUCTIONS
upon JOHN S. GARMENT,
by delivering true copies to:
Doreen Rich Esq., Assistant City of White Plains Corporati
who stated that they were authorized to accept service on behalf of:
JOHN S. GARMENT.

Within 20 days of such service, deponent enclosed a copy of same in a first
class postpaid envelope properly addressed to recipient at:
    JOHN S. GARMENT
    CITY HALL
    255 MAIN STREET
    WHITE PLAINS NY 10601
and deposited said envelope in an official depository under the exclusive
care and custody of the U.S. Postal Service within New York State. The
envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not
indicate by return address or otherwise that the communication was from an
attorney or concerned an action against the recipient.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or New York. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 33  HEIGHT: 5'4''   WEIGHT: 120   HAIR: BLACK    RACE: WHITE   SEX: FEMALE

*Charles S. Flemming*    License #1179930

SWORN TO BEFORE ME JULY 29 2008

*Jonathan C. Peters*

JONATHAN C. PETERS
NOTARY PUBLIC STATE OF NEW YORK
NO: 01PE6134884
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES OCTOBER 11th, 2009

OUR DOC# 21608
Whitney North Seymour, Jr.
425 Lexington Avenue
Room 1721
New York NY 10169

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 08 CIV 6356

---

STEPHEN DRAGO, INDIVIDUALLY AND AS ACTING CHAIR AND PRESIDENT OF
, Plaintiff(s)

- against -

JOHN S. GARMENT, CHARMAN, AND STEPHEN A. ALEXANDER, JOHN E. DURANTE, CASIMIRO V. CIBELLI, ARNOLD BERNSTEIN, MICHAEL F. QUINN AND JOHN J. IORIS, AS MEMBERS OF THEPLANNING BOARD OF THE CITY OF WHITE PLAINS; NEW YORK, AND METROPCS NEW YORK, LLC

, Defendant(s)

---

State of New York   )
                    )   SS.:
County of Bronx )

AFFIDAVIT OF SERVICE

Charles S. Flemming being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 07/17/2008 at 12:09 PM at:
    CITY HALL
    255 MAIN STREET
    WHITE PLAINS NY 10601
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
CIVIL COVER SHEET
INDIVIDUAL PRACTICES OF JUDGE STEPHEN C. ROBINSON
CONSENT TO PROCEED BEFORE UNITED STATES MAGISTATE JUDGE
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE LISA MARGARETSMITH
RULES FOR ELECTRONICALLY FILED CASES
ELECTRONIC CASE FILING RULES & INSTRUCTIONS
upon STEPHEN A. ALEXANDER,
by delivering true copies to:
Doreen Rich Esq., Assistant City of White Plains Corporati
who stated that they were authorized to accept service on behalf of:
STEPHEN A. ALEXANDER.

Within 20 days of such service, deponent enclosed a copy of same in a first
class postpaid envelope properly addressed to recipient at:
    STEPHEN A. ALEXANDER
    CITY HALL
    255 MAIN STREET
    WHITE PLAINS NY 10601
and deposited said envelope in an official depository under the exclusive
care and custody of the U.S. Postal Service within New York State.  The
envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not
indicate by return address or otherwise that the communication was from an
attorney or concerned an action against the recipient.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or New York. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 33   HEIGHT: 5'4''   WEIGHT: 120   HAIR: BLACK   RACE: WHITE   SEX: FEMALE

_____
Charles S. Flemming         License #1179930

SWORN TO BEFORE ME  JULY 29, 2008

/s/ Jonathan C. Peters

JONATHAN C. PETERS
NOTARY PUBLIC STATE OF NEW YORK
NO: 01PE6134884
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES OCTOBER 11th, 2009

OUR DOC# 21609
Whitney North Seymour, Jr.
425 Lexington Avenue
Room 1721
New York NY 10169

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 08 CIV 6356

---

STEPHEN DRAGO, INDIVIDUALLY AND AS ACTING CHAIR AND PRESIDENT OF
, Plaintiff(s)

- against -

JOHN S. GARMENT, CHARMAN, AND STEPHEN A. ALEXANDER, JOHN E. DURANTE, CASIMIRO V. CIBELLI, ARNOLD BERNSTEIN, MICHAEL F. QUINN AND JOHN J. IORIS, AS MEMBERS OF THEPLANNING BOARD OF THE CITY OF WHITE PLAINS; NEW YORK, AND METROPCS NEW YORK, LLC

, Defendant(s)

---

State of New York    )
                     ) SS.:
County of Bronx      )

AFFIDAVIT OF SERVICE

Charles S. Flemming being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 07/17/2008 at 12:09 PM at:
    CITY HALL
    255 MAIN STREET
    WHITE PLAINS NY 10601
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
CIVIL COVER SHEET
INDIVIDUAL PRACTICES OF JUDGE STEPHEN C. ROBINSON
CONSENT TO PROCEED BEFORE UNITED STATES MAGISTATE JUDGE
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE LISA MARGARETSMITH
RULES FOR ELECTRONICALLY FILED CASES
ELECTRONIC CASE FILING RULES & INSTRUCTIONS
upon JOHN E. DURANTE,
by delivering true copies to:
Doreen Rich Esq., Assistant City of White Plains Corporati
who stated that they were authorized to accept service on behalf of:
JOHN E. DURANTE.

Within 20 days of such service, deponent enclosed a copy of same in a first
class postpaid envelope properly addressed to recipient at:
    JOHN E. DURANTE
    CITY HALL
    255 MAIN STREET
    WHITE PLAINS NY 10601
and deposited said envelope in an official depository under the exclusive
care and custody of the U.S. Postal Service within New York State.  The
envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not
indicate by return address or otherwise that the communication was from an
attorney or concerned an action against the recipient.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or New York. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 33   HEIGHT: 5'4''   WEIGHT: 120   HAIR: BLACK   RACE: WHITE   SEX: FEMALE

*Charles S. Flemming*   License #1179930

SWORN TO BEFORE ME July 29, 2008

*Jonathan C. Peters*

JONATHAN C. PETERS
NOTARY PUBLIC STATE OF NEW YORK
NO: 01PE6134884
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES OCTOBER 11th, 2009

OUR DOC# 21610
Whitney North Seymour, Jr.
425 Lexington Avenue
Room 1721
New York NY 10169

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 08 CIV 6356

---

STEPHEN DRAGO, INDIVIDUALLY AND AS ACTING CHAIR AND PRESIDENT OF
, Plaintiff(s)

- against -

JOHN S. GARMENT, CHARMAN, AND STEPHEN A. ALEXANDER, JOHN E. DURANTE,
CASIMIRO V. CIBELLI, ARNOLD BERNSTEIN, MICHAEL F. QUINN AND JOHN J.
IORIS, AS MEMBERS OF THEPLANNING BOARD OF THE CITY OF WHITE PLAINS;
NEW YORK, AND METROPCS NEW YORK, LLC

, Defendant(s)

---

State of New York     )
                      )   SS.:
County of Bronx   )

### AFFIDAVIT OF SERVICE

Charles S. Flemming being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York. That on 07/17/2008 at 12:09 PM at:
    CITY HALL
    255 MAIN STREET
    WHITE PLAINS NY 10601
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
CIVIL COVER SHEET
INDIVIDUAL PRACTICES OF JUDGE STEPHEN C. ROBINSON
CONSENT TO PROCEED BEFORE UNITED STATES MAGISTATE JUDGE
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE LISA MARGARETSMITH
RULES FOR ELECTRONICALLY FILED CASES
ELECTRONIC CASE FILING RULES & INSTRUCTIONS
upon CASIMIRO V. CIBELLI,
by delivering true copies to:
Doreen Rich Esq., Assistant City of White Plains Corporati
who stated that they were authorized to accept service on behalf of:
CASIMIRO V. CIBELLI.

Within 20 days of such service, deponent enclosed a copy of same in a first
class postpaid envelope properly addressed to recipient at:
    CASIMIRO V. CIBELLI
    CITY HALL
    255 MAIN STREET
    WHITE PLAINS NY 10601
and deposited said envelope in an official depository under the exclusive
care and custody of the U.S. Postal Service within New York State. The
envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not
indicate by return address or otherwise that the communication was from an
attorney or concerned an action against the recipient.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or New York. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 33   HEIGHT: 5'4''   WEIGHT: 120   HAIR: BLACK   RACE: WHITE   SEX: FEMALE

                                         Charles S. Flemming    License #1179930

SWORN TO BEFORE ME July 29, 2008

JONATHAN C. PETERS
NOTARY PUBLIC STATE OF NEW YORK
NO: 01PE6134884
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES OCTOBER 11th, 2009

OUR DOC# 21611
Whitney North Seymour, Jr.
425 Lexington Avenue
Room 1721
New York NY 10169

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 08 CIV 6356

---

STEPHEN DRAGO, INDIVIDUALLY AND AS ACTING CHAIR AND PRESIDENT OF
, Plaintiff(s)

- against -

JOHN S. GARMENT, CHARMAN, AND STEPHEN A. ALEXANDER, JOHN E. DURANTE,
CASIMIRO V. CIBELLI, ARNOLD BERNSTEIN, MICHAEL F. QUINN AND JOHN J.
IORIS, AS MEMBERS OF THEPLANNING BOARD OF THE CITY OF WHITE PLAINS;
NEW YORK, AND METROPCS NEW YORK, LLC

, Defendant(s)

---

State of New York    )
                     )   SS.:
County of Bronx )

### AFFIDAVIT OF SERVICE

Charles S. Flemming being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 07/17/2008 at 12:09 PM at:
    CITY HALL
    255 MAIN STREET
    WHITE PLAINS NY 10601
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
CIVIL COVER SHEET
INDIVIDUAL PRACTICES OF JUDGE STEPHEN C. ROBINSON
CONSENT TO PROCEED BEFORE UNITED STATES MAGISTATE JUDGE
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE LISA MARGARETSMITH
RULES FOR ELECTRONICALLY FILED CASES
ELECTRONIC CASE FILING RULES & INSTRUCTIONS
upon ARNOLD BERNSTEIN,
by delivering true copies to:
Doreen Rich Esq., Assistant City of White Plains Corporati
who stated that they were authorized to accept service on behalf of:
ARNOLD BERNSTEIN.

Within 20 days of such service, deponent enclosed a copy of same in a first
class postpaid envelope properly addressed to recipient at:
    ARNOLD BERNSTEIN
    CITY HALL
    255 MAIN STREET
    WHITE PLAINS NY 10601
and deposited said envelope in an official depository under the exclusive
care and custody of the U.S. Postal Service within New York State.  The
envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not
indicate by return address or otherwise that the communication was from an
attorney or concerned an action against the recipient.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or New York. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 33   HEIGHT: 5'4''   WEIGHT: 120   HAIR: BLACK   RACE: WHITE   SEX: FEMALE

_____
Charles S. Flemming    License #1179930

SWORN TO BEFORE ME JULY 29, 2008

[Signature]
JONATHAN C. PETERS
NOTARY PUBLIC STATE OF NEW YORK
NO: 01PE6134884
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES OCTOBER 11th, 2009

OUR DOC# 21612
Whitney North Seymour, Jr.
425 Lexington Avenue
Room 1721
New York NY 10169

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 08 CIV 6356

---

STEPHEN DRAGO, INDIVIDUALLY AND AS ACTING CHAIR AND PRESIDENT OF
, Plaintiff(s)

- against -

JOHN S. GARMENT, CHARMAN, AND STEPHEN A. ALEXANDER, JOHN E. DURANTE,
CASIMIRO V. CIBELLI, ARNOLD BERNSTEIN, MICHAEL F. QUINN AND JOHN J.
IORIS, AS MEMBERS OF THEPLANNING BOARD OF THE CITY OF WHITE PLAINS;
NEW YORK, AND METROPCS NEW YORK, LLC

, Defendant(s)

---

State of New York    )
                     )    SS.:
County of Bronx )

AFFIDAVIT OF SERVICE

Charles S. Flemming being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 07/17/2008 at 12:09 PM at:
    CITY HALL
    255 MAIN STREET
    WHITE PLAINS NY 10601
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
CIVIL COVER SHEET
INDIVIDUAL PRACTICES OF JUDGE STEPHEN C. ROBINSON
CONSENT TO PROCEED BEFORE UNITED STATES MAGISTATE JUDGE
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE LISA MARGARETSMITH
RULES FOR ELECTRONICALLY FILED CASES
ELECTRONIC CASE FILING RULES & INSTRUCTIONS
upon MICHAEL F. QUINN,
by delivering true copies to:
Doreen Rich Esq., Assistant City of White Plains Corporati
who stated that they were authorized to accept service on behalf of:
MICHAEL F. QUINN.

Within 20 days of such service, deponent enclosed a copy of same in a first
class postpaid envelope properly addressed to recipient at:
    MICHAEL F. QUINN
    CITY HALL
    255 MAIN STREET
    WHITE PLAINS NY 10601
and deposited said envelope in an official depository under the exclusive
care and custody of the U.S. Postal Service within New York State.  The
envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not
indicate by return address or otherwise that the communication was from an
attorney or concerned an action against the recipient.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or New York. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 33 HEIGHT: 5'4''    WEIGHT: 120    HAIR: BLACK    RACE: WHITE    SEX: FEMALE

*Charles S. Flemming*    License #1179930

SWORN TO BEFORE ME July 29, 2008

*Jonatha C. Peters*

JONATHAN C. PETERS
NOTARY PUBLIC STATE OF NEW YORK
NO: 01PE6134884
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES OCTOBER 11th, 2009

OUR DOC# 21613
Whitney North Seymour, Jr.
425 Lexington Avenue
Room 1721
New York NY 10169

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 08 CIV 6356

---

STEPHEN DRAGO, INDIVIDUALLY AND AS ACTING CHAIR AND PRESIDENT OF
, Plaintiff(s)

- against -

JOHN S. GARMENT, CHARMAN, AND STEPHEN A. ALEXANDER, JOHN E. DURANTE, CASIMIRO V. CIBELLI, ARNOLD BERNSTEIN, MICHAEL F. QUINN AND JOHN J. IORIS, AS MEMBERS OF THEPLANNING BOARD OF THE CITY OF WHITE PLAINS; NEW YORK, AND METROPCS NEW YORK, LLC
, Defendant(s)

---

State of New York    )
                     )  SS.:
County of Bronx )

AFFIDAVIT OF SERVICE

Charles S. Flemming being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 07/17/2008 at 12:09 PM at:
    CITY HALL
    255 MAIN STREET
    WHITE PLAINS NY 10601
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
CIVIL COVER SHEET
INDIVIDUAL PRACTICES OF JUDGE STEPHEN C. ROBINSON
CONSENT TO PROCEED BEFORE UNITED STATES MAGISTATE JUDGE
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE LISA MARGARETSMITH
RULES FOR ELECTRONICALLY FILED CASES
ELECTRONIC CASE FILING RULES & INSTRUCTIONS
upon JOHN J. IORIS,
by delivering true copies to:
Doreen Rich Esq., Assistant City of White Plains Corporati
who stated that they were authorized to accept service on behalf of:
JOHN J. IORIS.

Within 20 days of such service, deponent enclosed a copy of same in a first
class postpaid envelope properly addressed to recipient at:
    JOHN J. IORIS
    CITY HALL
    255 MAIN STREET
    WHITE PLAINS NY 10601
and deposited said envelope in an official depository under the exclusive
care and custody of the U.S. Postal Service within New York State.  The
envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not
indicate by return address or otherwise that the communication was from an
attorney or concerned an action against the recipient.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or New York. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 33   HEIGHT: 5'4''   WEIGHT: 120   HAIR: BLACK   RACE: WHITE   SEX: FEMALE

                                              Charles S. Flemming        License #1179930

SWORN TO BEFORE ME  July 29, 2008              OUR DOC# 21614
                                                Whitney North Seymour, Jr.
                                                425 Lexington Avenue
                                                Room 1721
        JONATHAN C. PETERS                      New York NY 10169
    NOTARY PUBLIC STATE OF NEW YORK
           NO: 01PE6134884
       QUALIFIED IN KINGS COUNTY
   COMMISSION EXPIRES OCTOBER 11th, 2009

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 08 CIV 6356

STEPHEN DRAGO, INDIVIDUALLY AND AS ACTING CHAIR AND PRESIDENT OF
, Plaintiff(s)

- against -

JOHN S. GARMENT, CHARMAN, AND STEPHEN A. ALEXANDER, JOHN E. DURANTE, CASIMIRO V. CIBELLI, ARNOLD BERNSTEIN, MICHAEL F. QUINN AND JOHN J. IORIS, AS MEMBERS OF THE PLANNING BOARD OF THE CITY OF WHITE PLAINS; NEW YORK, AND METROPCS NEW YORK, LLC

, Defendant(s)

State of New York  )
                   ) SS.:
County of Bronx    )

AFFIDAVIT OF SERVICE

Charles S. Flemming being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York. That on 07/17/2008 at 12:09 PM at:
    THE CITY OF WHITE PLAINS
    CITY HALL
    255 MAIN STREET
    WHITE PLAINS NY 10601
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
CIVIL COVER SHEET
INDIVIDUAL PRACTICES OF JUDGE STEPHEN C. ROBINSON
CONSENT TO PROCEED BEFORE UNITED STATES MAGISTATE JUDGE
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE LISA MARGARETSMITH
RULES FOR ELECTRONICALLY FILED CASES
ELECTRONIC CASE FILING RULES & INSTRUCTIONS
on THE CITY OF WHITE PLAINS

a government agency
by delivering thereat true copies to Doreen Rich Esq.
personally, deponent knew said agency so served to be the agency, described in same as said recipient and knew said individual to be the Assistant City of White Plains Corporati and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 33  HEIGHT: 5'4''  WEIGHT: 120  HAIR: BLACK  RACE: WHITE  SEX: FEMALE

SWORN TO BEFORE ME AUGUST 20, 2008

Charles S. Flemming   Lic. #1179930

OUR DOC# 21615
Whitney North Seymour, Jr.
425 Lexington Avenue
Room 1721
New York NY 10169

JONATHAN C. PETERS
NOTARY PUBLIC STATE OF NEW YORK
NO: 01PE6134884
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES OCTOBER 11th, 2009

```
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
                                             Index No. 08 CIV 6356
_____
STEPHEN DRAGO, INDIVIDUALLY AND AS ACTING CHAIR AND PRESIDENT OF
                                                    , Plaintiff(s)
                         -  against  -

JOHN S. GARMENT, CHARMAN, AND STEPHEN A. ALEXANDER, JOHN E. DURANTE,
CASIMIRO V. CIBELLI, ARNOLD BERNSTEIN, MICHAEL F. QUINN AND JOHN J.
IORIS, AS MEMBERS OF THEPLANNING BOARD OF THE CITY OF WHITE PLAINS;
NEW YORK, AND METROPCS NEW YORK, LLC
                                                    , Defendant(s)
_____
State of New York        )
                         )     SS.:
County of Rensselaer     )

                      AFFIDAVIT OF SERVICE

JR O'Rourke being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 07/17/2008 at  2:18 PM at:
           CORPORATION SERVICE COMPANY
           80 STATE STREET
           ALBANY NY 12207
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
CIVIL COVER SHEET
INDIVIDUAL PRACTICES OF JUDGE STEPHEN C. ROBINSON
CONSENT TO PROCEED BEFORE UNITED STATES MAGISTATE JUDGE
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE LISA MARGARETSMITH
RULES FOR ELECTRONICALLY FILED CASES
ELECTRONIC CASE FILING RULES & INSTRUCTIONS

on METROPCS NEW YORK LLC

a domestic and/or foreign corporation
by delivering thereat true copies to Nikki Chapple
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Service Of Process Clerk and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 33  HEIGHT: 5'10''  WEIGHT: 180    HAIR: BLACK     RACE: BLACK     SEX: FEMALE
```

                                              JR O'Rourke

SWORN TO BEFORE ME  8/6/08

OUR DOC# 21616
Whitney North Seymour, Jr.
425 Lexington Avenue
Room 1721
New York NY 10169

PATRICIA A. BURKE
Notary Public, State of New York
No. ...072
Qualified in Albany County
Commission Expires Feb. 28, ...