UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
––––––––––––––––––––––––––––––––X

STEPHEN DRAGO, Individually and as
Acting Chair and President of
"Neighborhoods Against Cell Towers"

                Plaintiffs,

  - against -

JOHN S. GARMENT, Chairman, and STEPHEN
A. ALEXANDER, JOHN E. DURANTE,
CASIMIRO V. CIBELLI, ARNOLD BERNSTEIN,
MICHAEL F. QUINN, and JOHN J. IORIS,
as Members of the Planning Board of
the City of White Plains; THE CITY OF
WHITE PLAINS, New York, and METROPCS
NEW YORK, LLC,

                Defendants.

––––––––––––––––––––––––––––––––X

08 CIV 6356 (SCR)

NOTICE OF MOTION
TO DISMISS PLAINTIFFS'
COMPLAINT PURSUANT TO
FRCP 12(b)(6)

COUNSELOR

     PLEASE TAKE NOTICE that upon the affidavit of Arthur Gutekunst sworn to the 5th day of September, 2008, the accompanying Memorandum of Law and the complaint herein, the defendants, John S. Garment, Chairman, and Stephen A. Alexander, John E. Durante, Casimiro V. Cibelli, Arnold Bernstein, Michael F. Quinn, and John J. Ioris, as Members of the Planning Board of the City of White Plains and the City of White Plains, New York, ("The City Defendants") hereby move this Court on October 7, 2008 at 10:00 AM or soon thereafter as counsel may be heard at the United States Courthouse, 300 Quarropas Street, Courtroom 621, White Plains, New York 10601, for an order granting the City Defendants'

motion to dismiss Plaintiffs' Complaint pursuant to the Federal Rules of Civil Procedure Rule 12(b)(6) for Plaintiffs' failure to state a claim upon which relief can be granted by this Court, and for such other and further relief as this court deems just and proper.

Dated:   White Plains, New York
         September 5, 2008

                                        Yours, etc.
                                        EDWARD P. DUNPHY
                                        Corporation Counsel

By: _____
    Arthur Gutekunst
    Sr. Ass't Corporation Counsel
    Attorney for City of White Plains
    Defendants
    Municipal Building
    255 Main Street
    White Plains, New York 10601
    (914)422-1240
    agutekun@ci.white-plains.ny.us

TO:   Whitney North Seymour, Jr., Esq.
     Attorney for Plaintiff
     425 Lexington Avenue, Room 1721
     New York, New York 10017

     Gabriel North Seymour, Esq.
     Attorney for Plaintiff
     200 Route 126
     Falls Village, Connecticut 06031

     Brian P. Galligan, Esq
     Cuddy & Feder, LlC
     445 Hamilton Avenue, 14th Floor
     White plains, New York 10601

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
```

| | |
|---|---|
| STEPHEN DRAGO, Individually and as Acting Chair and President of "Neighborhoods Against Cell Towers"<br><br>                  Plaintiffs,<br><br>  - against -<br><br>JOHN S. GARMENT, Chairman, and STEPHEN A. ALEXANDER, JOHN E. DURANTE, CASIMIRO V. CIBELLI, ARNOLD BERNSTEIN, MICHAEL F. QUINN, and JOHN J. IORIS, as Members of the Planning Board of the City of White Plains; THE CITY OF WHITE PLAINS, New York, and METROPCS NEW YORK, LLC,<br><br>                  Defendants. | 08 CIV 6356 (SCR)<br><br>**CERTIFICATE OF SERVICE** |

```
----------------------------------------X
```

I hereby certify that on September 5, 2008, copies of the foregoing:

**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT, TOGETHER WITH ALL PAPERS IN SUPPORT THEREOF**

were filed through the Electronic Case Filing (E.C.F.) procedure under the United States District Court of Southern New York's local rules and served upon all parties of record by email (through E.C.F.) as follows:

Whitney North Seymour, Jr., Esq.
425 Lexington Avenue, Room 1721
New York, New York 10017
wseymour@stblaw.com

Gabriel North Seymour, Esq.
200 Route 126
Falls Village, Connecticut 06031
certiorari@earthlink.net

Cuddy & Feder, LLP.
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
BGalligan@CUDDYFEDER.COM

Dated: White Plains, New York
       September 5, 2008

```
              EDWARD P. DUNPHY
              Corporation Counsel


        By:   [signature]
              Arthur Gutekunst (AG2422)
              Sr. Ass't Corporation Counsel
              Attorney for City Defendants
              Municipal Building
              255 Main Street
              White Plains, New York 10601
              (914)422-1240
```

-4-