UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X
STEPHEN DRAGO, Individually and as Acting Chair and
President of "Neighborhoods Against Cell Towers,"

                        Plaintiffs,            08 Civ. 6356 (SCR) (LMS)

  - against -                             **CERTIFICATE OF SERVICE**

JOHN S. GARMENT, Chairman, and STEPHEN A.
ALEXANDER, JOHN E. DURANTE, CASIMIRO V.
CIBELLI, ARNOLD BERNSTEIN, MICHAEL F. QUINN,
and JOHN J. IORIS, as Members of the Planning Board
of the City of White Plains; THE CITY OF WHITE PLAINS,
New York, and METROPCS NEW YORK, LLC,

                        Defendants.

--------------------------------------------------------------------------------X

        I hereby certify that on September 5, 2008, copies of the foregoing:

**DEFENDANT METROPCS'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT, TOGETHER WITH ALL PAPERS IN SUPPORT THEREOF**

were filed through the Electronic Case Filing (E.C.F.) procedure under the United States District Court of Southern New York's local rules and served upon all parties of record by email and first class mail as follows:

| Whitney N. Seymour, Jr., Esq. | Gabriel N. Seymour, Esq. | Arthur Gutekunst, Esq. |
|---|---|---|
| 425 Lexington Avenue, Rm. 1721 | 200 Route 126 | Sr. Asst. Corp. Counsel |
| New York, NY 10017 | Falls Village, CT 06031 | City of White Plains |
| | | 255 Main Street |
| | | White Plains, NY 10601 |

Dated: White Plains, New York
       September 5, 2008

                                     **CUDDY & FEDER** LLP
                                     Attorneys for Defendant MetroPCS
                                     445 Hamilton Avenue, 14th Floor
                                     White Plains, New York 10601
                                     (914) 761-1300

                                     By: _____
                                        Christopher B. Fisher (CF9494)
                                        Brian P. Galligan (BG1661)